# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                                            Chapter 13

Lee A Golden                                        No. 09-35357

                 Debtor                                      Hon. Bruce Black

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

       American Home Mortgage Servicing, Inc., Servicing agent for, Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT1, Mortgage Pass-Through Certificates, Series 2006-OPT1, files this, its <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> of Debtor:

$165.20 corporate advances
October – December 2010 regular mortgage payments @ $1,221.74 each totaling $3,665.22 plus late charges
Fees for this Response of $75.00

       The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

       To the extent the amounts set forth in this <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

                                                Submitted by:

                                                /s/ Susan J. Notarius
                                       Attorney for American Home Mortgage
                                       Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679